THE STATE EX REL. ROUBAL, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Roubal v. Indus. Comm.,*
97 Ohio St.3d 196, 2002-Ohio-5784.]

(No. 2002–0413—Submitted September 17, 2002—Decided November 6, 2002.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

Law Office of Thomas Tootle Co., L.P.A., and Thomas Tootle, for appellant.

Betty D. Montgomery, Attorney General, and Keith D. Blosser, Assistant Attorney General, for appellee.